1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THELDA F. PINEDA,                        No. 09-04833 CW

        Plaintiff,                       ORDER RE SERVICE

    v.

WELLS FARGO HOME LOANS, et al.,

        Defendants.
_____/

    The above-captioned complaint was filed on October 13, 2009,
and a Case Management Conference was set for April 6, 2010.
Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure,
service of the summons and complaint must be made upon a defendant
within 120 days after the filing of the complaint.  To date, the
summons and complaint have not been served.  Accordingly,

    IT IS HEREBY ORDERED that the Plaintiff serve the summons,
complaint, and the enclosed Amended Order Setting Case Management
Conference on the Defendants by **April 26, 2010** (see attached
instructions for service).  Failure to timely serve the summons,
complaint and Amended Order Setting Case Management Conference will
result in dismissal of this case for failure to prosecute.  The
Case Management Conference is continued to June 29, 2010, at 2:00

1   p.m.

2   Dated:   3/29/10

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

1

## INSTRUCTIONS FOR SERVICE

2

3      The requirements for properly serving a summons and complaint are set forth in Federal Rule of Civil Procedure 4.  First, the summons itself must be signed by the clerk and bear the seal of the court, among other requirements.  F.R.C.P. 4(a).  Once a proper summons has been  issued by the court, the plaintiff must serve that summons on the defendants or ask defendants to waive service.  F.R.C.P. 4(c), (d).  The plaintiff must file proof of service or a waiver signed by defendant with the court within 120 days of filing the complaint.  F.R.C.P. 4(l), (m).  Plaintiffs may ask defendants to waive service of process.  To do so, a plaintiff must mail or deliver a copy of the complaint to the defendant along with a specified notice requesting that the defendant waive service.  F.R.C.P. 4(d)(2).  The plaintiff must provide 30 days for the defendant to respond and must include a self-addressed stamped envelope by which the defendant can comply with the request.  F.R.C.P. 4(d)(2).  If the defendant waives service, he or she has 60 days to respond to the plaintiff's complaint; if the defendant refuses to waive service, he or she must pay the plaintiff's costs of service unless he or she can show good cause for failing to waive service.  F.R.C.P. 4(d)(2), (3).  If the defendant agrees to waive service, the plaintiff must file a copy of the waiver with the court in lieu of filing a proof of service.  F.R.C.P. 4(d)(4).  Waiver forms are available at the clerk of the court's office.  If the defendant does not waive service, the plaintiff must properly serve the defendant with the summons and complaint, following the requirements of federal or State law.  F.R.C.P. 4(e).  Under federal law, plaintiffs must arrange for someone who is not a party to the case and who is at least 18 years of age to hand deliver a copy of the documents to the defendant, leave copies of the documents at the individual's home with some person of suitable age and discretion who lives there, or deliver a copy of the documents to an agent authorized by appointment or by law to receive service of process for the defendant.  F.R.C.P. 4(e)(2).

(1/98)

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THELDA F. PINED,

        Plaintiff,

  v.

WELLS FARGO HOME LOANS et al,

        Defendant.

_____/

Case Number: CV09-04833 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thelda F. Pineda
8 Independence Drive
American Canyon,  CA 94503

Dated: March 29, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

4