IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THELDA F. PINEDA,

      Plaintiff,

  v.

WELLS FARGO HOME LOANS, et al.,

      Defendants.
                                           /

No. C 09-04833 CW

ORDER DISMISSING PLAINTIFF'S CASE FOR FAILURE TO PROSECUTE

    On March 29, 2010, the Court directed Plaintiff Thelda F. Pineda to serve each Defendant with a summons, her complaint and the Court's Amended Case Management Scheduling Order by April 26, 2010.  (Docket No. 6.)  The Court warned that, if Plaintiff did not do so, her case would be dismissed for failure to prosecute.

    The Court's records do not show that Plaintiff has served Defendants.  Accordingly, Plaintiff's action is dismissed without prejudice for failure to prosecute.  The Court vacates the case management conference scheduled for June 29, 2010.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: June 28, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THELDA F. PINEDA,

        Plaintiff,

  v.

WELLS FARGO HOME LOANS, et al.,

        Defendants.
                                       /

Case Number: CV09-04833 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Thelda F. Pineda
8 Independence Drive
American Canyon, CA 94503

Dated: June 28, 2010

                                       Richard W. Wieking, Clerk
                                       By: MP, Deputy Clerk